MINNIE HANSEN, PLAINTIFF-RESPONDENT, v. ADOLPH
JANITSCHEK, INDIVIDUALLY, ETC., *ET AL.*, DEFEND-
ANTS-APPELLANTS.

Argued February 9, 1960—Decided February 22, 1960.

546

*Mr. Joseph C. Glavin* argued the cause for the appellant.

*Mr. Louis Auerbacher, Jr.,* argued the cause for the respondent (*Mr. Samuel R. Blaine,* on the brief).

PER CURIAM. ▮▮▮ The judgment of the Appellate Division is reversed for the reasons expressed in the dissenting opinion of Judge Conford in that court, and the matter is remanded to the trial judge who heard the case for reconsideration and a new determination.

*For reversal*—Chief Justice WEINTRAUB, and Justices BURLING, JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—7.

*For affirmance*—None.